# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** 05-21362 ABG | **Trustee:** DAVID P. LEIBOWITZ (330570) |
| **Case Name:** POWERS, DIANA L. | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** ***-*****04-65 - Money Market Account |
| **Taxpayer ID #:** 13-7500095 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 01/16/07 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/04/06 | {1} | Diana L. Powers | per settlement | 1110-000 | 14,000.00 | | 14,000.00 |
| 04/04/06 | {1} | Robert Powers | per settlement | 1110-000 | 16,000.00 | | 30,000.00 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 16.11 | | 30,016.11 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 20.40 | | 30,036.51 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 19.76 | | 30,056.27 |
| 07/25/06 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.8000% | 1270-000 | 15.81 | | 30,072.08 |
| 07/25/06 | | To Account #********0466 | in preparation of final report | 9999-000 | | 30,072.08 | 0.00 |
| | | **ACCOUNT TOTALS** | | | 30,072.08 | 30,072.08 | $0.00 |
| | | Less: Bank Transfers | | | 0.00 | 30,072.08 | |
| | | **Subtotal** | | | 30,072.08 | 0.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$30,072.08** | **$0.00** | |



EXHIBIT C

## Form 2
### Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 05-21362 ABG | **Trustee:** | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|
| **Case Name:** | POWERS, DIANA L. | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | **Account:** | ***-*****04-66 - Checking Account |
| **Taxpayer ID #:** | 13-7500095 | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 01/16/07 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/25/06 | | From Account #********0465 | in preparation of final report | 9999-000 | 30,072.08 | | 30,072.08 |
| | | | **ACCOUNT TOTALS** | | 30,072.08 | 0.00 | $30,072.08 |
| | | | Less: Bank Transfers | | 30,072.08 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****04-65 | 30,072.08 | 0.00 | 0.00 |
| Checking # ***-*****04-66 | 0.00 | 0.00 | 30,072.08 |
| | $30,072.08 | $0.00 | $30,072.08 |

Printed: 01/16/2007 09:55 AM   V.9.02