**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 7 CASE** |
| **POWERS, DIANA L.** | ) | |
| | ) | **CASE NO. 05 B 21362** |
| | ) | |
| | ) | **JUDGE A. BENJAMIN GOLDGAR** |
| **Debtor(s)** | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: U.S. BANKRUPTCY COURT
   219 South Dearborn, Courtroom 613
   Chicago, Illinois 60604

   on: April 2, 2007
   at: 10:00 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                       $    30,072.08

   b. Disbursements                                  $         0.00

   c. Net Cash Available for Distribution$   30,072.08

4.  Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $ 2,814.56 | $ |
| Trustee | $ 0.00 | $ | $ 111.10 |
| Trustee's Firm Legal | $ 0.00 | $ 2,582.50 | $ |
| Trustee's Firm Legal | $ 0.00 | $ | $ 45.00 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $13,294.47, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $100.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Target National Bank (f.k.a. Retailers National Bank) TARGET | $ 740.19 | $ 740.19 |
| 2I | Target National Bank (f.k.a. Retailers National Bank) TARGET | $ 40.06 | $ 40.06 |
| 3 | Brother Loan & Finance Co. | $ 332.80 | $ 332.80 |
| 3I | Brother Loan & Finance Co. | $ 18.01 | $ 18.01 |
| 4 | GMAC | $ 8,336.61 | $ 8,336.61 |
| 4I | GMAC | $ 451.18 | $ 451.18 |
| 5 | Premier Bankcard | $ 517.23 | $ 517.23 |
| 5I | Premier Bankcard | $ 27.99 | $ 27.99 |

| | | | | |
|---|---|---|---|---|
| 6 | Midwest Verizon Wireless | $ | 1,669.95 | $ 1,669.95 |
| 6I | Midwest Verizon Wireless | $ | 90.38 | $ 90.38 |
| 7 | Portfolio Acquisitions, LLC OSI Collection Services Inc | $ | 1,181.88 | $ 1,181.88 |
| 7I | Portfolio Acquisitions, LLC OSI Collection Services Inc | $ | 63.96 | $ 63.96 |
| 9 | AAA Checkmate LLC | $ | 123.74 | $ 123.74 |
| 9I | AAA Checkmate LLC | $ | 6.70 | $ 6.70 |
| 10 | Citibank (South Dakota). N.A. | $ | 392.07 | $ 392.07 |
| 10I | Citibank (South Dakota). N.A. | $ | 21.22 | $ 21.22 |
| SURPLUS | POWERS, DIANA L. | $ | 9,426.46 | $ 9,426.46 |

7.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.  Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated:  February 23, 2007

For the Court,

By: KENNETH S GARDNER
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

Case 05-21362    Doc 61    Filed 02/23/07    Entered 02/25/07 23:32:39    Desc Imaged
                           Certificate of Service    Page 5 of 6

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2              Date Rcvd: Feb 23, 2007
Case: 05-21362                 Form ID: pdf002              Total Served: 51

The following entities were served by first class mail on Feb 25, 2007.
db           +Diana L Powers,   2221 W Adams,   Chicago, IL 60612-2908
aty          +Allan G Sweig,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
aty          +Christopher J Stasko,   Richardson Stasko Boyd & Mack, LLC,   20 South Clark Street Ste 500,
               Chicago, IL 60603-1832
aty          +James M Philbrick,   Law Offices of James M. Philbrick, P.C.,   P. O. Box 351,
               Mundelein, IL 60060-0351
aty          +Lois West,   Popowcer Katten Ltd,   35 E Wacker Dr, Suite 902,   Chicago, Il 60601-2314
aty          +Popowcer Katten Ltd,   Popowcer Katten Ltd,   35 E Wacker Dr, Ste 902,   Chicago, IL 60601-2314
tr           +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
9397031      +A All Financial Services,   2216 W. Taylor St.,   Chicago, IL 60612-4278
10647146     +AAA Checkmate LLC,   PO Box 368,   Summit, Il 60501-0368
9397032      +AAA Checkmate,   7756 W. Madison,   River Forest, IL 60305-2058
9397033      +ABN/Amro Mortgae,   8201 Innovation Way,   Chicago, IL 60682-0082
9397034      +Action Card,   PO Box 5052,   Sioux Falls, SD 57117-5052
9397035      +American General Finance,   Legal Department,   20 N. Clark St. Suite 2600,
               Chicago, IL 60602-5106
9397036      +Brother Loan,   328 S. Jefferson,   Chicago, IL 60661-5614
10499087     +Brother Loan & Finance Co.,   7621 W. 63rd St.,   Summit, Il 60501-1811
9397037      +Capital One,   PO Box 60000,   Seattle, WA 98190-6000
10768484     +Citibank (SWouth Dakota). N.A.,   Assoc./BP Amoco Payment Center,   4740 121st Street,
               Urbandale, IA 50323-2402
9397038      +City of Chicago - Bureau of Parking,   Attn: Bankruptcy Unit,   333 S. State, Rm 540,
               Chicago, IL 60604-3951
9397039      +City of Chicago Water Dept.,   PO Box 6330,   Chicago, IL 60680-6330
9397040      +Com Ed,   System Credit/Bankruptcy Dept.,   2100 Swift Dr.,   Oak Brook, IL 60523-1559
9397041      +Comcast,   PO Box 3002,   Southeastern, PA 19398-3002
9397042      +Cook County Treasurer,   Law Dept,   118 N Clark St, Rm 212,   Chicago, IL 60602-1589
9397043      +Credit Protection Assoc.,   13355 Noel Rd.,   Dallas, TX 75240-6602
9397044      +Emerge,   Payment Processing,   PO Box 23034,   Columbus, GA 31902-3034
9397045      +First Premier Bank,   PO Box 5147,   Sioux Falls, SD 57117-5147
10550206     +GMAC,   2740 ARTHUR STREET,   ROSEVILLE, MN 55113-1303
9397046      +GMAC,   PO Box 9001952,   Louisville, KY 40290-1952
9397047      +Highland Financial Services,   PO Box 6090,   Villa Park, IL 60181-5314
9397048      +Household Finance,   PO Box 17548,   Baltimore, MD 21297-1548
9397049      +Linebarger, Goggan et. al.,   PO Box 06152,   Chicago, IL 60606-0152
9397050      +MBNA America Bank NA,   113 W 3rd Ave,   Gastonia, NC 28052-4320
9397051      +Merit School of Music,   47 W. Polk,   Chicago, IL 60605-2000
10607499     +Midwest Verizon Wireless,   AFNI/Verizon Wireless,   404 Brock Drive,   Bloomington, IL 61701-2654
9397052      +Mile Square Health Center,   2045 W. Washington,   Chicago, IL 60612-2494
9397053      +Orchard Bank,   PO Box 17051,   Baltimore, MD 21297-1051
9397054       Peoples Energy,   130 E. Randolph - Bankruptcy,   Chicago, IL 60601
10628198     +Portfolio Acquisitions, LLC,   PO Box 105127,   Atlanta, Georgia 30348-5127
10628167     +Portfolio Acquisitions, LLC,   OSI Collection Services Inc,   Bankruptcy Department,   POB 105460,
               Atlanta, GA 30348-5460
10558365     +Premier Bankcard,   Premier/CSI-Dept SDPR,   PO Box 2208,   Vacaville, CA 95696-8208
9397055      +Processing Center,   Des Moines, IA 50360-0001
9397058      +RMA,   4360 Northeast Highway,   Atlanta, GA 30340-3401
9397056      +Readers Digest,   5445 Main St.,   Stephens City, VA 22655-2800
9397057      +Retailers National Bank,   PO Box 673,   Minneapolis, MN 55440-0673
9397059      +Sprint PCS,   PO Box 397,   Farmingdale, NY 11735-0397
9397060       Talk America,   2704 Alternate 19,   Palm Harbor, FL 34683
9397061      +Target,   PO Box 59231,   Minneapolis, MN 55459-0231
10498245     +Target National Bank (f.k.a. Retailers National Ba,   TARGET,   c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339
9397062      +The Hearst Corp.,   Box 7529,   Red Oak, IA 51591-0529
9397063      +The Leading Man,   32 E. Adams,   Chicago, IL 60603-5602
9397064      +University of Illinois-Psychiatry,   912 S. Wood,   Chicago, IL 60612-7203

The following entities were served by electronic transmission on Feb 24, 2007.
9397065      +E-mail/PDF: bankruptcyverizonwireless@afninet.com Feb 24 2007 01:46:11     Verizon Wireless,
               attn: Sharon West,   1515 Woodfield Dr., Ste. 1400,   Schaumburg, IL 60173-5497
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Luis Martinez
aty           Mack, LLC
aty           Maximum Realty Group
aty           Richard Stasko Boyd
cr            Midwest Verizon Wireless
aty*         +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
                                                                                               TOTALS: 5, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: amcc7             Page 2 of 2              Date Rcvd: Feb 23, 2007
Case: 05-21362                Form ID: pdf002         Total Served: 51

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 25, 2007**                         **Signature:**    _Joseph Speetjens_